UNITED STATES of America, Plaintiff–Appellee

v.

Tommy Dale DANIEL, Defendant–Appellant.

No. 11–10050
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 12, 2014.

Katherine Ann Miller, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Douglas Anthony Morris, Esq., Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, BARKSDALE, and ELROD, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

On appeal, Tommy Dale Daniel challenged the judgment in two respects: his convictions for possession of child pornography; and the ordered restitution. Our court affirmed. *United States v. Daniel*, 532 Fed.Appx. 522 (5th Cir.2013).

The Supreme Court vacated our judgment and remanded for further consideration in the light of *Paroline v. United States*, —— U.S. ——, 134 S.Ct. 1710, 188 L.Ed.2d 714 (2014), which held 18 U.S.C. § 2259 requires "restitution in an amount that comports with the defendant's relative role in the causal process that underlies the victim's general losses", *id.* at 1727.

Accordingly, we VACATE only the ordered restitution, and, for that issue, REMAND for proceedings consistent with the Supreme Court's opinion in *Paroline*. The balance of the judgment remains AFFIRMED.

AFFIRMED IN PART; VACATED and REMANDED IN PART.

the limited circumstances set forth in 5th Cir. R. 47.5.4.